# *IN THE DISTRICT COURT OF THE UNITED STATES*

# *for the Western District of New York*

**October 2016 GRAND JURY**
**(Impaneled October 28, 2016)**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | **Violations:**<br>Title 18, United States Code,<br>Sections 111(a)(1) and 1361<br>(2 Counts) |
| **ZIYAYA MTOLA** | |

## COUNT 1

### (Assaulting Officer)

### The Grand Jury Charges That:

On or about May 14, 2017, in the Western District of New York, the defendant, ZIYAYA MTOLA, did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with J.L., a person known to the Grand Jury, a private detention officer employed at the Buffalo Federal Detention Facility, while J.L. was engaged in and on account of the performance of her official duties and while assisting officers of the Department of Homeland Security, United States Immigration and Customs Enforcement, in the performance of their official duties and on account of that assistance, and such acts involved physical contact with J.L., the victim of the assault.

**All in violation of Title 18, United States Code, Section 111(a)(1).**

## COUNT 2

### (Destruction of Government Property)

### The Grand Jury Further Charges That:

Between on or about May 14, 2017, and on or about May 24, 2017, in the Western District of New York, the defendant, ZIYAYA MTOLA, did willfully injure and commit a depredation against property of, and which had been manufactured and constructed for, the United States and of a department and agency thereof, that is, two special housing unit cells and their contents including a cell door, at the Buffalo Federal Detention Center belonging to Immigration and Customs Enforcement, by causing flooding and striking the cells with an object, and the resulting damage to such property exceeded the sum of $1,000.

**All in violation of Title 18, United States Code, Section 1361.**

DATED: Buffalo, New York, June 22, 2017.

JAMES P. KENNEDY, JR.
Acting United States Attorney

BY: S/BRIAN J. COUNIHAN
Special Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5831
brian.counihan@usdoj.gov

A TRUE BILL:

S/FOREPERSON